IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHEILA MARIE ALVAREZ,

        Plaintiff,

vs.

DENNIS O'BRIEN,

        Defendant.

8:21-CV-303

ORDER

IT IS ORDERED:

1. The plaintiff's motion to extend (filing 22) is granted.

2. The plaintiff may respond to the defendant's motion to dismiss (filing 19) on or before September 30, 2022.

3. The defendant may reply in support of his motion on or before October 7, 2022.

Dated this 8th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge