IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHEILA MARIE ALVAREZ,

        Plaintiff,

vs.

DENNIS O'BRIEN,

        Defendant.

8:21-CV-303

ORDER

IT IS ORDERED that the plaintiff's motion to proceed *in forma pauperis* (filing 30) is granted.

Dated this 17th day of October, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge